No. 96–5840.  EVANS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–5841.  TCHODER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–5842.  ADAMS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–5844.  EVANS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 96–5846.  MOOREHEAD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–5847.  LIGHTNER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–5850.  MERCER, AKA WILLIAMS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 96–5852.  ROBERTSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–5853.  ORNELAS-MARTINEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–5858.  WILLIAMSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–5861.  BROWN *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 96–5864.  VANN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–5866.  ALMONTE-NUNEZ *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 96–5869.  BULGIER *v.* DEPARTMENT OF JUSTICE.  C. A. 10th Cir.  Certiorari denied.

No. 96–5871.  MCCALL ET VIR *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.

No. 96–5874.  MARGIOTTI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.